UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

      -against-

  Crystal Pujols

    Defendant

------------------------------------X

25-CR-00589-VSB-1

ORDER

Vernon S. Broderick, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of drug testing and treatment as directed by Pretrial Services.

    Dated: New York, New York

        May 1, 2026

SO ORDERED:

_____

Vernon S. Broderick

United States District Judge