# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

June 10, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The sentencing is rescheduled for
July 20, 2026 at 2:00 PM.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   6/10/2026

Re: *United States v Crystal Pujols,* 25 Cr. 589 (JMF)

Your Honors:

I represent the defendant Crystal Pujols in the referenced case and am submitting this letter to request that her sentencing, currently scheduled for June 26, 2026, be postponed two to four weeks (with the exception of July 15-July 17, when I will be out of town on a death penalty conference). The reason for this request is that I am still in the process of obtaining certain letters of support and other records relevant to sentencing.

The government consents to this application.

Respectfully submitted,

_____/s/_____
James E. Neuman