UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CRYSTAL PUJOLS,

Defendant.

---

25-CR-589 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Having received communication from the Government indicating a scheduling conflict with the July 29th sentencing date, it is hereby:

ORDERED that the sentencing currently scheduled for July 29, 2026, at 11:00 a.m. is adjourned to July 31, 2026, at 12:00 p.m.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Vernon S. Broderick
United States District Judge