UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

UNITED STATES OF AMERICA

- v. -

CRYSTAL PUJOLS,

Defendant.

---------------------------------- x

CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT

25. Cr. 589 (VSB)

WHEREAS, on or about March 18, 2026, CRYSTAL PUJOLS (the "Defendant"), was charged in a three-count Information, 25 Cr. 589 (VSB) (the "Information"), with firearms trafficking conspiracy, in violation of 18 U.S.C. § 933(a)(3) (Count One), interstate travel with intent to engage in firearms trafficking, in violation of 18 U.S.C. § 924(n) and 2 (Count Two), and aiding and abetting the possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1) (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from the proceeds traceable to the commission of the offense charged in Count Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about March 18, 2026, the Defendant pled guilty to Count Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with her co-conspirator, Mikael De Los Santos (the "Co-conspirator"), as set forth in a money judgment is entered against the Co-conspirator in *United States v. De Los Santos*, 25 Cr. 589 (VSB) for the conduct charged in Count Two of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Jun Xiang, of counsel, and the Defendant and her counsel, James Neuman, Esq., that:

1. As a result of the offense charged in Count Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $5,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his Co-conspirator as set forth in a forfeiture money judgment

entered against the Co-conspirator in *United States v. De Los Santos*, 25 Cr. 589 (VSB) for the conduct charged in Count Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CRYSTAL PUJOLS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Jun Xiang
JUN XIANG
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2289

7/30/2026
DATE

JN 7/31/26

CRYSTAL PUJOLS

By: [signature]
CRYSTAL PUJOLS

C.P. ~~07/30/26~~
DATE

By: [signature]
JAMES NEUMAN, ESQ.

7/31/26 JN
DATE

SO ORDERED:

[signature]
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

7/31/26
DATE